No. 86–97.  INDIANA *v.* DYNAMICS CORPORATION OF AMERICA. Appeals from C. A. 7th Cir.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 794 F. 2d 250.

No. 86–243.  CITY OF HOUSTON, TEXAS *v.* HILL.  Appeal from C. A. 5th Cir.  Motion of appellee for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.

No. 85–1716.  WELCH *v.* TEXAS DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 85–1735.  THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* OUTBOARD MARINE CORP. C. A. 7th Cir.  Certiorari granted.

No. 85–1924.  NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 340. C. A. 9th Cir.  Certiorari granted.

No. 85–1940.  UNITED STATES *v.* CHEROKEE NATION OF OKLAHOMA.  C. A. 10th Cir.  Certiorari granted.

No. 85–1987.  SEE ET AL. *v.* UNITED STATES.  C. A. 8th Cir. Certiorari granted.

No. 85–2039.  UNITED STATES *v.* JOHNSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHNSON.  C. A. 11th Cir.  Certiorari granted.

No. 85–2067.  UNITED STATES *v.* MENDOZA-LOPEZ ET AL. C. A. 8th Cir.  Certiorari granted.

No. 85–2116.  PUERTO RICO *v.* BRANSTAD, GOVERNOR OF IOWA, ET AL.  C. A. 8th Cir.  Certiorari granted.

No. 85–2121.  ARIZONA *v.* MAURO.  Sup. Ct. Ariz.  Certiorari granted.